ERIKA BIRCH (Bar No.7831)
T. GUY HALLAM, JR. (Bar No. 6101)
**STRINDBERG & SCHOLNICK, LLC**
1516 W. HAYS STREET
BOISE, ID 83702
(t) 208.336.1788
(f) 208.344.7980
erika@idahojobjustice.com
guy@idahojobjustice.com
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **SHAAKIRRAH R. SANDERS,**<br><br>           Plaintiff,<br><br>vs.<br><br>**THE UNIVERSITY OF IDAHO, COLLEGE OF LAW, a public university governed by the STATE BOARD OF EDUCATION, et al.**<br><br>           Defendants. | **DECLARATION OF SHAAKIRRAH R. SANDERS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Civil No. 3:19-CV-00225-BLW<br>Judge Winmill |

COMES NOW the undersigned and does hereby swear under penalty of perjury that the following is true and correct to the best of her knowledge and belief:

1.      I am the Plaintiff if the above referenced action.

2.      I am currently the only African American or black tenure/tenure track professor at the University of Idaho College of Law ("COL"), and may be the only professor who outwardly identifies as a woman of color.

3.     When I was hired under former COL Dean Don Burnett in 2011, my teaching package included Constitutional Law II and [Constitutional] Criminal Procedure. During the hiring process I was told that the COL wanted me to develop and teach some specialized courses in my areas of expertise.

4.     While at the school, I developed or revived several novel courses in my area of expertise including Advanced Criminal Procedure, Criminal Sentencing Seminar, and a First Amendment course.

5.     I was hired at the same time as two other professors: John Rumel and Stephen Miller. Rumel and I taught at the COL campus in Moscow, Idaho, and Professor Miller taught at the COL campus in Boise which, at the time of our hire, only offered third year law school classes.

6.     In the fall of 2014, both Professor Rumel and I relocated to the Boise campus when the COL expanded the law school program to offer classes to second year students. As of the fall of 2017, the Boise campus has been in full operation with all three years offered.

7.     I applied for tenure in the late summer of 2015 and was granted tenure in the spring of 2016. I applied for promotion to full professor in the late summer of 2017 and was promoted in the spring of 2018. Both Professors Rumel and Miller also received tenure and promotion in the same years.

8.     As reflected in my CV, attached as Exhibit 1 I have held and continue to hold a variety of leadership positions. For example, Chair of the American Association of Law Schools ("AALS") section on constitutional law, and Chair of the AALS section on sexual orientation and gender identity issues; President of American Inns of Court (Richard C. Fields Inn); and Chair of Idaho State Advisory Committee to the U.S. Commission on Civil Rights.

9.      Additionally, I have fulfilled many service roles at the COL and the University including: Chair of the Diversity and Human Rights Committee (2013-2014); serving on the time consuming and important Admissions Committee from 2014-2018; and serving on and chairing the Administrative Hearing Board, a University-wide committee (2016-18); faculty advisor for the Crit Law Journal from 2014-18; Crit Symposium Advisor in 2017 and 2018; Idaho Law Review Symposium Advisor (2021); coach for moot court teams 2013-2016; coordinating the Region 13 national moot court competition in 2017; and I have been a writing advisor for nearly 50 students writing for the Idaho Law Review, Directed Studies and/or the First Amendment Seminar (2011-2020).

10.      In the Summer of 2014, newly hired Dean Adams and Associate Dean Richard Seamon asked me to teach a new to me course, Constitutional Law I, for the upcoming 2014-2015 school year. This course added an extra credit to my teaching load so that I would teach 13 credits as opposed to the standard 12. I knew that this increased course load was a result of a number of last-minute transfer students into the law school, and I immediately expressed willingness to take on the new course.  See attached Exh. 2.

11.      Earlier in 2014, I had my third-year review for purposes of evaluating whether I was on track for tenure. My review committee recommended that I publish at least one more full-length article for purposes of tenure. This was despite the fact that I already had completed two full-length law review articles – one published in a University of Michigan (then ranked 9th among law schools) Journal of Law Review (then ranked in the top 100 law journals), and one accepted for publication in Hasting Law Journal (then ranked 35th for law journals). University policy at the time required two publications for purposes of tenure. The interim Dean at the time, Michael Satz (African American, male), disagreed with the committee's recommendations as it was contrary to

the COL By-Law such that he believed the committee's recommendation was without support and should not be used as a basis for denying my tenure. See attached Exh. 3. Nonetheless, I understood that it was important for me to have another publication to support my tenure application due in the late summer of 2015. Therefore, teaching a new course with an added credit in the 2014-15 year made finding time for my scholarly work even more difficult.

12.     Shortly after Adams asked me to teach Constitutional Law I, I learned that a white colleague also agreed to teach a new course that put her at 13 credits, but that she had been promised a future course release. I then asked Adams whether a course release or other compensation was available for taking on Constitutional Law I. As reflected in Exhibit 109, he told me that they did not offer additional compensation or course release for a one-credit overload.

13.     My colleague submitted her tenure application in the late summer of 2014 such that her teaching this overload/new course did not impact her scholarship for purposes of tenure.

14.     I was told that the overload was a one-time request. However, by February of 2015, I was assigned to teach a 13-credit overload again for the following academic year: 2015-16.

15.     After relocating to teach out of the Boise campus, I asked Adams and Seamon if I could teach the First Amendment course that I developed as a distance course to Moscow students. I was told no. I later learned that a junior visiting professor (white, male) planned to teach the First Amendment course as a distance course to Boise.

16.     In the Fall of 2017, I asked Mark Adams to meet with me to discuss why I was passed over for the Associate Dean position. Adams told me I was not selected because: 1) he did not believe I was serious; 2) my committee service was not strong enough such that I lacked leadership experience; and 3) he did not want to interrupt my sabbatical.

17.     I do not recall being told when or how Adams was considering candidates for the Associate Dean position that would be open because of Lee Dillion's retirement. Adams did not discuss my interest in the position, perhaps because when we discussed my interest in 2017, he told me that I should wait for two-years before reapplying.

18.     When I was hired in 2011, my offer letter indicated that I would be eligible to receive a summer research stipend in the amount generally available to faculty in 2012 and subsequent years. To my knowledge, the research stipends have been offered every summer to eligible participants. It is my understanding that the only year eligible participants were not funded was for summer of 2018.

19.     I did not apply for a summer research stipend in 2017, as I taught summer school instead. I was one of four professors not funded for 2018, and the only woman of color.

20.     I asked Adams to explain the areas in which I failed to qualify for funding, and he told me that the priority was to support junior faculty first, and also referenced "heavy service load" specifically referencing service as associate dean. The three other professors not funded, all had much more seniority than me. In fact, two of them were amongst the most senior faculty at the COL and are now retired. Additionally, the two white male professors who were hired at the same time as I was, and were granted tenure and promotion at the same time I was, did receive stipends in 2018. One of them was on sabbatical in 2017-2018.  And there were three other professors who were funded that had more seniority than me. None of the successful candidates had served as associate dean in the academic year prior to the summer of 2018. The then Boise Associate Dean was not ineligible as he was not a tenure track/tenured professor.

21.     To my knowledge, I have not received merit pay increases in 2018, 2019 or 2020.

22.     Many of the faculty hiring meetings in 2019 and 2020 were designated as special faculty meetings and set with short notice, and sometimes with less than the notice required under the bylaws. Many of these meetings have conflicted with my other obligations at the COL or pre-planned travel. For example, one candidate job talk conflicted with my class schedule, another conflicted with pre-planned travel out of state, and other meetings have conflicted with my preparation time between classes or meetings with students. Some meetings have conflicted with depositions or meetings with my attorneys related to this lawsuit. The job talks are recorded and I watched the videos of the job talks I missed. All of the meetings for the 2019 hires were conducted in Moscow and were for faculty teaching in Moscow. The 2019 and 2020 academic years were the first where job talks were designated special faculty meetings. Faculty received notice of the new rule after the first job talk of 2019, which conflicted with my schedule. Moreover, the 2019 job talks were scheduled outside of the designated 2:30 P.M. time block when no classes are scheduled which was unusual.

23.     On September 9, 2020, professor Meera Deo, author of *Unequal Profession: Race and Gender in Legal Academia*, spoke to the faculty about implicit bias in hiring for about an hour. It is my understanding that this was arranged as a result of initiatives coming from faculty led work groups over the summer of 2020 that were inspired by George Floyd's murder in May of 2020.

24.     As I recall, the diversity and inclusion statements only came to fruition in the Spring of 2020, and came after Long expressed dissatisfaction with faculty asking candidates about their commitment to diversity and inclusion in the interview process. Long informed the faculty that in lieu of questioning candidates about this topic, the statements would be available to be reviewed, but they are not required to be reviewed. These statements were not made available regarding the

COL Dean search in late 2020. When I requested if we could view them, I was told that they are

not part of the public record. See attached Exhibit 4.

Further Declarant sayeth not.

DATED this 11th day of January, 2021.

s/ Shaakirrah R. Sanders
Shaakirrah R. Sanders
(original signature available upon request)

## CERTIFICATE OF SERVICE

I hereby certify that on the above referenced date a true and correct copy of the foregoing pleading was served on the following via the CM/ECF system:

Bentley G. Stromberg
Tully Fitzmaurice
Sonyalee R. Nutsch
CLEMENTS, BROWN & McNICHOLS, P.A.
Attorneys at Law
321 13th Street
Post Office Box 1510
Lewiston, Idaho 83501
bstromberg@clbrmc.com
snutsch@clbrmc.com
tfitzmaurice@clbrmc.com

/s/ Dunja Subasic
Dunja Subasic, of the firm

# SHAAKIRRAH R. SANDERS
Professor of Law
University of Idaho College of Law

Idaho Law and Justice Learning Center
514 West Jefferson
Boise, Idaho 83702
(208) 364-4070
srsanders@uidaho.edu

Faculty Webpage
SSRN
Google Scholar

## EDUCATION

- **Loyola University New Orleans College of Law, New Orleans, Louisiana**
  Juris Doctor, May 2001
  - G.P.A.: 3.558 (*cum laude*)
  - Class Rank: Top 5% (#2 Common Law Division)
  - Index/Casenote Editor, *Loyola Law Review* (2000-01)
  - William Crowe Scholar (Top 10%)
- **Trinity College, Hartford, Connecticut**
  Bachelor of Science in Psychology, May 1997
  Class President 2012-2017 (20th Reunion Committee)

## ACADEMIC APPOINTMENTS

- **University of Idaho College of Law, Moscow and Boise, Idaho**
  Professor of Law, Fall 2018-Present
  Associate Professor of Law, Fall 2011-Spring 2018 (Tenured Fall 2016)
- **Pennsylvania State University School of Law, University Park, Pennsylvania**
  Visiting Professor of Law, Spring 2019
- **Seattle University School of Law, Seattle, Washington**
  Visiting Assistant Professor of Lawyering Skills, 8/2/10-5/13/11
- **University of Arkansas at Little Rock William H. Bowen School of Law, Little Rock, Arkansas**
  Adjunct Professor, Summer 2005

## COURSES TAUGHT

- Constitutional Law I: Government Structure (University of Idaho and Penn State Law)
- Constitutional Law II: Individual Rights and Liberties (University of Idaho)
- Criminal Procedure: Investigations (University of Idaho and Penn State Law)
- Advanced Criminal Procedure: Adjudications (University of Idaho)
- First Amendment (University of Idaho)
- Criminal Sentencing Seminar (University of Idaho)
- Sixth Amendment Criminal Sentencing Seminar (University of Arkansas at Little Rock)

SANDERS000196

**PUBLICATIONS**
- Civil Jury Right
  - *Simpkins v. Grace Brethren Church*, *in* FEMINIST JUDGMENTS: REWRITTEN TORTS OPINIONS --- (Cambridge University Press forthcoming, 2019)
  - *Deconstructing Juryless Fact-Finding in Civil Cases*, 25 WM. & MARY BILL RTS. J. 235 (2016) (featured on Juries Blog)
  - *Uncapping Compensation in the Gore Due Process Analysis*, 24 WM. & MARY BILL RTS. J. 37 (2015)
- Felony Sentencing Procedure
  - *The Value of Confrontation as a Felony Sentencing Right*, 25 WIDENER L.J. 103 (2016) (criminal sentencing symposium) (featured on Kansas Federal Public Defender Blog, CrimProf Blog, Sentencing Law and Policy Blog, and Excited Utterance Podcast)
  - *Unbranding Confrontation as Only a Trial Right*, 65 HASTINGS L.J. 1257 (2014) (featured on CrimProf Blog and cited in State v. Zamzow, 892 N.W. 637 (Wis. 2017))
  - *Making the Right Call for Confrontation at Felony Sentencing*, 47 U. MICH. J.L. REFORM 791 (2014)
- First Amendment
  - *Privacy*
    - *The Corporate Privacy Proxy*, 105 CORNELL L. REV. --- (forthcoming 2019)
    - *Invasion of Privacy*, *in* MASS COMMUNICATION LAW IN IDAHO 165-96 (Rebecca Tallent et al eds., New Forums State Law Series 2017)
  - *Religious Liberty*
    - *Religious Healing Exemptions and the Jurisprudential Gap Between Substantive Due Process and Free Exercise Rights*, 8 IRVINE L. REV. 633 (2018)
    - *By Faith Alone: When Religious Beliefs and Child Welfare Collide*, *in* THE CONTESTED PLACE OF RELIGION IN FAMILY LAW 308 (Cambridge University Press 2018) (co-authored with Robin Fretwell Wilson)
  - *Speech*
    - *Ag-Gag Free Nation*, 54 WAKE FOREST L. REV. --- (forthcoming 2019)
    - *Defamation and Libel*, *in* MASS COMMUNICATION LAW IN IDAHO 51-83 (Rebecca Tallent et al eds., New Forums State Law Series 2017)
    - *Obscenity and Indecency*, *in* MASS COMMUNICATION LAW IN IDAHO 83-96 (Rebecca Tallent et al eds., New Forums State Law Series 2017)
    - *Commercial Speech and Advertising*, *in* MASS COMMUNICATION LAW IN IDAHO 153-63 (Rebecca Tallent et al eds., New Forums State Law Series 2017)
    - *Ag-Gag Free Detroit*, 93 U. DET. MERCY L. REV. 669 (2016) (centennial symposium on the past, present, and future of the City of Detroit)
- Miscellaneous
  - *Commentary on United States v. Morrison*, *in* FEMINIST JUDGMENTS: REWRITTEN OPINIONS OF THE UNITED STATES SUPREME COURT 447 (Cambridge University Press 2016)

**PUBLICATIONS (CONT.)**
- Miscellaneous
  - *Michigan's Duty to Provide Access to Health Care*, 6 J.L. SOC'Y 1 (2005)
  - *The Cyclical Nature of Divorce in the Western Legal Tradition*, 50 LOY. L. REV. 407 (2004)
  - *Twenty-Five Years of a Divided Court and Nation: Conflicting Views of Affirmative Action and Reverse Discrimination*, 26 U. ARK. LITTLE ROCK L. REV. 61 (2003)
  - Note, *Putting an End to the Speculative Jury: Louisiana v. Haddad*, 45 LOY. L. REV. 783 (1999)

**INVITED LAW FACULTY WORKSHOPS AND COLLOQUIA**
- Pennsylvania State University School of Law Faculty Workshop (University Park, Pennsylvania 03/14/19)
- University of Toledo School of Law Faculty Workshop (Toledo, Ohio 03/23/17)
- Case Western Reserve University School of Law Faculty Workshop (Cleveland, Ohio 09/27/16)
- University of Washington School of Law Faculty Colloquia (Seattle, Washington 04/09/15)
- Loyola University New Orleans College of Law Faculty Colloquia (New Orleans, Louisiana 4/10/14)

**LAW REVIEW AND JOURNAL SYMPOSIA**
- Panel Moderator, *Stop and Frisk's Second Amendment's Implications*, Idaho Law Review (Boise, Idaho 04/06/18)
- *The Changing Face of the War on Drugs: Mass Incarceration, Overcriminalization, and Evolving Drug Policy*, Wayne Law Review (Detroit, Michigan 03/24/17)
- *American Legal Fictions*, Savannah Law Review (Savannah, Georgia 09/16/16)
- Panel Moderator, *Equality in Employment*, Idaho Law Review (Boise, Idaho 04/01/16)
- *The Past, Present, and Future of the City of Detroit*, University of Detroit Mercy Law Review (centennial symposium) (Detroit, Michigan 03/04/16)
- *Halt & Reform?: Death Penalty and Criminal Sentencing Guidelines Reform*, Widener Law Journal (Harrisburg, Pennsylvania 04/20/15)

**WORKS-IN-PROGRESS CONFERENCES, COLLOQUIA, AND SYMPOSIA PRESENTATIONS**
- ACS Constitutional Law Scholars Forum (Orlando, Florida 03/02/18)
- American Bar Association Criminal Justice Section Annual Fall Institute, Law Faculty Scholarship Roundtable Workshop (Washington, D.C. 10/22/15)
- Inland Northwest Scholars Workshop (2013-16)
- International Academy for the Study of the Jurisprudence of the Family (2016-17)
- International Society of Family Law North American Regional Conference (2016-17)

SANDERS000198

**WORKS-IN-PROGRESS     CONFERENCES,     COLLOQUIA,     AND     SYMPOSIA PRESENTATIONS (CONT.)**

- Lat-Crit/SALT Faculty Development Workshop (2011; 2013; 2015; 2017)
- Law and Society Annual Meeting (2016)
- Loyola University Chicago Constitutional Law Colloquium (Chicago, Illinois 2014-18)
- Lutie A. Lytle Black Women Law Faculty Writing Workshop (2012-19)
- Rocky Mountain Junior Scholars Conference (2012, 2014)
- Southeast/Southwest People of Color Legal Scholarship Conference (2012-13)
- University of Idaho Malcolm Renfrew Interdisciplinary Colloquium (Moscow, Idaho 12/06/16)

**OTHER CONFERENCES**

- *Dignity, Tradition, and Constitutional Due Process: Competing Judicial Paradigms*, University of Nevada William S. Boyd School of Law (Las Vegas, Nevada 03/14/19)
- Panel Moderator, *18th Amendment Centennial: The Past Present and Future of Prohibition*, American Association of Law Schools Annual Meeting (New Orleans, Louisiana 01/04/19)
- Invited critique, Chicagoland Junior Scholars Conference, Loyola University Chicago School of Law (Chicago, Illinois 11/05/18)
- Discussant or Moderator, Hugh & Hazel Darling Foundation Originalism Works-in-Progress Conference, University of San Diego School of Law (San Diego, California 2014-19)
- *The Present and Future of Civil Rights Movements: Race and Reform in 21st Century America*, Duke University School of Law Center on Law, Race, and Politics (Durham, North Carolina 11/20-21/25)
- European Academy of Religion
  - Panel Member, *Author Meets Critique: THE CONTESTED PLACE OF RELIGION IN FAMILY LAW* (ed. Robin Fretwell Wilson Cambridge University Press 2018) (Bologna, Italy 03/04/19  (with Robin Fretwell Wilson))
  - Panel Member, *Author Meets Critique: RELIGIOUS FREEDOM, LGBT RIGHTS, AND THE PROSPECTS FOR COMMON GROUND* (eds. William N. Eskridge Jr. and Robin Fretwell Wilson Cambridge University Press 2018), (Bologna, Italy 03/04/19 (with Robin Fretwell Wilson))
- George Mason University School of Law – Law & Economic Center
  - *Workshop for Law Professors on Economics of Higher Education* (La Jolla, California 03/03-05/17)
  - Invited Discussant, *Roundtable Workshop for Law Professors on Public Pension Reform*  (Arlington, Virginia 9/28-30/16)
  - *Workshop for Law Professors on the Economics of Public Pension Reform* (Palo Alto, California 9/17-19/15)
  - *Workshop for Law Professors on Public Choice Economics* (Arlington, Virginia 03/19-22/15)
  - *Thirteenth Economics Institute for Law Professors* (Steamboat Springs, Colorado 06/15-27/14)

SANDERS000199

**LAW PRACTICE EXPERIENCE**
- **The Public Defender Association (formerly Law Office of The Defender Association), Seattle, Washington**
  Staff Attorney/Public Defender, 09/03/08-07/31/10
  - Civil defense of alleged mentally incompetent persons, criminal defendant bail hearings, and post-conviction civil defense of "sexually violent predators" confined at the Washington State Special Commitment Center
- **K&L Gates LLP (formerly Preston Gates & Ellis LLP), Seattle, Washington**
  Appellate Litigation Associate, 08/29/05-09/02/08
  - Appellate advocacy in all aspects of constitutional and governmental litigation, as well as trial litigation in commercial, employment, health care, and taxation
- **Locke Lord Bissell & Liddell LLP (formerly Locke Liddell & Sapp LLP), New Orleans, Louisiana**
  Litigation Associate, 09/03/02-05/01/04
  - Trial litigation in the following areas of law: commercial, employment, health care, antitrust, bankruptcy, real estate, taxation, and civil appeals

**JUDICIAL CLERKSHIPS**
- Hon. Lavenski R. Smith (Chief Circuit Judge, 2017 – Present), United States Court of Appeals for the Eighth Circuit (2004-05)
- Hon. Ivan L.R. Lemelle (Senior Judge, 2015 – Present), United States District Court for the Eastern District of Louisiana (2001-02)

**PROFESSIONAL LICENSES AND COURT ADMISSIONS**
- Washington State Bar Association (2006)
- New York State Bar Association (2005)
- Louisiana State Bar Association (2001; inactive)
- United States Court of Appeals for the Second, Fifth, Eighth, and Ninth Circuits
- United States District Court for the Eastern District of Louisiana and the Western District of Washington

**REPORTED CASE**
- *Malkandi v. Mukasey*, 544 F.3d 1029 (9th Cir. 2008), *amended by*, 576 F.3d 906 (2009) (Oral Argument)

SANDERS000200

**PROFESSIONAL ASSOCIATIONS**
- American Association of Law Schools
  - Section on Constitutional Law (Treasurer, 2017; Vice-Chair, 2018; Chair, 2018-19)
  - Section on Sexual Orientation (Treasurer, 2018-19; Secretary, 2019-Present)
  - Scholarly Papers Committee (2016)
  - Pre-Tenure People of Color Workshop Planning Committee (2016)
- American Civil Liberties Union of Idaho (Boise, Idaho) (Board Member, 2013-Present; Secretary, 2015-2018; Equity Officer, 2019-Present)
- American Inns of Court
  - Richard C. Fields Inn (Boise, Idaho) (Member, 2014-Present; Secretary/Treasurer, 2016-18; Vice-President, 2018-19; President, 2019-20)
  - Ray McNichols Inn (Moscow/Lewiston, Idaho) (Member, 2011-14)
  - William Dwyer Inn (Seattle, Washington) (Member, 2005-2011; Board Member, 2006-11; Secretary/Treasurer, 2008-2010; President Elect, 2010-11)
  - Thomas More Inn (New Orleans, Louisiana) (Member, 2002-04)
- Family Advocates (Boise, Idaho) (Board Member, 2016-18)
- Idaho State Advisory Committee to the U.S. Commission on Civil Rights (2016-Present; Chair, 2018-20)
- Idaho State Bar Association Diversity Section (Boise, Idaho) (College of Law Representative, 2011-2018)
- Committee on Bar Admissions, Louisiana Supreme Court (Assistant Examiner – Constitutional Law, 2008-2011)
- Loren Miller Bar Association (Seattle, Washington) (Board Member, 2008-2011; Treasurer, 2009-2010; President Elect, 2010-11)
- Louis A. Martinet Legal Society (New Orleans, Louisiana 2001-04)

**HONORS AND OTHER AWARDS**
- Faculty Advisor of the Year, Idaho Law Review (2014)
- Young Lawyer of the Year, Loren Miller Bar Association (2008)
- Pegasus Scholar, American Inns of Court Foundation/Honorable Society of the Inner Temple (2004)
- Warren E. Mouledoux Award for Excellence, Loyola Law Review (2000)

**LEGISLATIVE TESTIMONY**
- Testimony regarding HB221, Idaho State Legislature (Boise, Idaho 03/07/17)
- Testimony regarding HB2, Idaho State Legislature (Boise, Idaho 01/26/15)
- Testimony regarding proposed anti-discrimination ordinance, Coeur d'Alene City Council (Coeur d'Alene, Idaho 06/04/13)

**CONTINUING LEGAL EDUCATION PRESENTATIONS**
- Idaho State Bar Association and Idaho Bar Foundation
  - *Criminal Law Update*, 2018 Idaho Judicial Conference (09/24/18)
  - *Will the Cake be Baked*, 2018 Idaho State Bar Association Annual Meeting (Sun Valley, Idaho 07/20/18)
  - *Criminal Law Update*, 2017 Idaho Judicial Conference (09/25/17)
  - *Racial Justice Under the Bill of Rights: Violence in Minority America,* Civics in Action: A Celebration of the 225th Anniversary of the Ratification of the Bill of Rights, Idaho State Bar Foundation and the University of Idaho Constitution Day Program  (Moscow, Idaho 09/15/16)
  - *Recent Trends in Criminal Sentencing Reform* (Caldwell, Idaho 02/05/16)
  - *SCOTUS on Marriage Equality: Analysis of the Argument and the (Possible) Decision*, Idaho State Bar Association Annual Meeting (Sun Valley, Idaho 07/22-24/15)
  - *Deciphering DOMA: A Primer for Idaho Attorneys on* Hollingsworth v. Perry *and* United States v. Windsor—*What's Left for Idaho after* Windsor *and* Perry*?* (Boise, Idaho 12/13/13)
- Idaho Trial Lawyers Association
  - *Busting the Caps V: Damages as Alternative Fact* (Sun Valley, Idaho 06/19/17)
  - *Busting the Caps IV: Empirical Round-up* (Sun Valley, Idaho 06/22/16)
  - *Busting the Caps III: Updates and Developments in Cap Litigation* (Sun Valley, Idaho 06/05/15)
  - *Busting the Caps II: Reconciling Mandatory Compensatory Damage Caps with Federal Due Process Jurisprudence* (Sun Valley, Idaho 06/13/14)
  - *Busting the Caps: How Idaho Stacks Up* (Coeur D'Alene, Idaho 09/13/13)

**LEGAL EDUCATION AND LAW TEACHING PRESENTATIONS**
- Panel Member, *AALS Section on Sexual Orientation and Gender Identity Issues*, American Association of Law Schools Workshop for New Law School Teachers (Washington, D.C. 06/08/18)
- Panel Moderator, *Navigating the Path to Tenure and Promotion (Things I Wish I Had Known When I Started)*, 2017 AALS Annual Meeting Pre-Tenured People of Color Workshop (San Francisco, California 01/06/17)
- Panel Member, *Feminist Judgments and Storytelling*, Legal Writing Institute Fifth Biennial Conference on Applied Legal Storytelling, Seattle University School of Law (Seattle, Washington 07/23/15)
- Invited Remarks, *AALS Section on Women in Legal Education*, American Association of Law Schools Workshop for New Law School Teachers (Washington, D.C. 06/04/15)
- Panel Member, *AALS Section on Sexual Orientation and Gender Identity Issues*, American Association of Law Schools Workshop for New Law School Teachers (Washington, D.C. 06/04/15)
- Panel Moderator, *Building Your Brand*, Lutie A. Lytle Black Women Law Faculty Writing Workshop, Vanderbilt Law School  (Nashville, Tennessee 07/10/15)

SANDERS000202

**LEGAL EDUCATION AND LAW TEACHING PRESENTATIONS (CONT.)**
- Panel Member, *Everything I Wish I Had Known Before I Took the Job*, Lutie A. Lytle Black Women Law Faculty Writing Workshop, University of Wisconsin Law School (Madison, Wisconsin 06/26/14)
- Panel Moderator, *Historical and Empirical Perspectives*, Presumed Incompetent Symposium, University of California Berkeley Boalt Hall School of Law (Berkeley, California 03/08/13)

## NON-SCHOLARLY PRESENTATIONS
- ***Civil Rights***
  - Discussion Leader, *The Loving Story*, University of Idaho Library and National Endowment for the Humanities "Created Equal" Film Series (Moscow, Idaho 02/13/15)
  - Panel Member, *50th Anniversary of the 1964 Civil Rights Act: Widening the Circle: People of Color and the 1964 Civil Rights Act*, Idaho State Bar Association (Boise, Idaho 10/30/14)
  - *Schuette v. Coalition to Defend Affirmative Action*, University of Idaho College of Law Diversity and Human Rights Committee (Moscow, Idaho 04/08/14)
  - Panel Moderator, *Lawyering on the Edge: Fighting Social Injustice and Inequality*, University of Idaho College of Law Sherman J. Bellwood Memorial Lecture (Moscow, Idaho 10/08/13—featuring Morris Dees, founder of the Southern Poverty Law Center
  - Invited remarks, *70th Anniversary of Japanese Internment Camps*, Palouse Asian American Association (Moscow, Idaho 02/20/12)
  - Panel Moderator, *Law, Ethics, and Business: Profiles in Courage When the Bill of Right Is Under Siege*, The Fourth Annual Washington State University Business Law and Ethics Symposium—Business and the Bill of Rights: Celebrating 220 Years (Pullman, Washington 11/05/11)
  - Panel Moderator, *When Wrongs Overtake Rights*, University of Idaho College of Law Sherman J. Bellwood Memorial Lecture and Celebration of the 220th Anniversary of the Bill of Rights (Boise, Idaho 09/14/11)
  - Panel Moderator, *The Great American Experiment: Limited Government and Enumerated Rights*, University of Idaho College of Law Sherman J. Bellwood Memorial Lecture and Celebration of the 220th Anniversary of the Bill of Rights (Moscow, Idaho 09/13/11)

SANDERS000203

**NON-SCHOLARLY PRESENTATIONS (CONT.)**

- *Constitutional Law*
  - Panel Moderator, *18th Amendment Centennial*, 2019 AALS Annual Meeting Section on Constitutional Law Program (New Orleans, Louisiana 01/08/19)
  - Panel Member, *Guns and the Constitution: What Constitutional Standards Should Courts Use in Light of the Heller Decision*, Concordia University School of Law Federalist Society (Boise, Idaho 01/27/16)
  - Panel Member, *Voting Rights and the Supreme Court's Citizen's United Decision*, Pullman League of Women Voters, (Pullman, Washington 02/03/14)
  - Invited remarks, *Voting Rights and the Supreme Court's Shelby County, Alabama v. Holder Decision*, Moscow League of Women Voters, (Moscow, Idaho 11/06/13)
  - Panel Member, <u>*Sex, Drugs, Guns, and Spies*</u>, University of Idaho Constitution Day Program (Moscow, Idaho 09/17/13)
  - Invited remarks, *The U.S. Supreme Court Selection Process*, Democratic Club of Coeur d'Alene (Coeur d'Alene, Idaho 10/26/12)
- *Criminal Law and Procedure*
  - <u>*Severe Mental Illness and the Death Penalty in Idaho*</u>, Moscow League of Women Voters (Moscow, Idaho 10/17/17)
  - <u>*The Future of Severe Mental Illness and the Death Penalty in Idaho*</u>, ACLU of Idaho and Concordia School of Law (Boise, Idaho 03/06/17)
  - <u>*The Future of Severe Mental Illness and the Death Penalty in Idaho*</u>, American Bar Association Death Penalty Due Process Review Project and the ACLU of Idaho (Boise, Idaho 06/12/17)
  - *The Fourth Amendment Implications of Compelled Decryption*, Spokane Chapter of the Association of Fraud Examiners Annual Fraud Conference (Spokane, Washington 10/26/16)
  - *Severe Mental Illness and the Death Penalty in Idaho*, American Bar Association Death Penalty Due Process Review Project and the University of Idaho College of Law (Boise, Idaho 05/16/16)
  - Panel Moderator, <u>*Criminal Justice Reform*</u>, (Boise, Idaho 02/16/16—featuring Congressman Raúl Labrador, U.S. House of Representatives)
  - Panel Member, *Busted: A Citizen's Guide to Surviving Police Encounters*, Washington State University Criminal Justice and Criminology Graduate Student Association (Pullman, Washington 02/06/14 & 02/27/13)
- *First Amendment*
  - Panel Moderator, *The Process of Crafting Policy to Serve the Faith & LGBT Communities*, Interfaith and LGBT Summit on Religious Liberty and Nondiscrimination Solutions, Concordia University School of Law (Boise, Idaho 03/22/19)
  - Panel Member, *Circling Around Common Ground: A Book Discussion of Religious Freedom LGBT Rights, and the Prospects for Common Ground*, University of Idaho College of Law (Boise, Idaho 03/21/19)
  - *Privacy and the Law*, Spokane Chapter of the Association of Fraud Examiners Annual Fraud Conference (Spokane, Washington 10/26/17)

SANDERS000204

**NON-SCHOLARLY PRESENTATIONS (CONT.)**

- ***First Amendment (cont.)***
  - *<u>Protest and Patriotism</u>*, Idaho Black History Museum (10/11/17)
  - Panel Member, *<u>Religion and Child Welfare: Do they have to be at odds? And can university students make a difference?</u>*, #ToleranceMeans Dialogues (Boise, Idaho 04/4/17)
  - Panel Member, *<u>Forum on Religious Shield Laws in Idaho</u>*, Human Rights Commission for the City of Moscow, Idaho (Moscow, Idaho 10/25/16)
  - Panel Moderator, *Washington's War on the Press*, University of Idaho School of Journalism and Mass Media Oppenheimer Ethics Symposium (Moscow, Idaho 03/28/14—featuring Paul Farhi of *The Washington Post*)
  - Panel Member, *Debate: Religious Freedom versus Affordable Care Act Contraceptives Mandate*, University of Idaho College of Law Federalist Society and Women's Law Caucus (Moscow, Idaho 09/11/12)

- ***Marriage Equality in Idaho***
  - Discussion Moderator, *Sanders and Seamon on SCOTUS Gay Marriage Oral Arguments*, University of Idaho College of Law ACLU Student Law Group (Moscow & Boise, Idaho 04/28/15)
  - Invited Remarks, *Marriage Equality Watch: 2014 in Review and What's Ahead in 2015*, University of Idaho Women & Gender Brown Bag Series (Moscow, Idaho 01/30/15)
  - Panel Moderator, *Gay Marriage and the Constitution*, University of Idaho Constitution Day Program (Moscow and Boise, Idaho 09/17/14)
  - Panel Member, *Same-Sex Marriage Debate*, University of Idaho College of Law Federalist Society and OUTlaws (Moscow, Idaho 02/21/13)

- ***Miscellaneous***
  - Panel Member, *Don't Choose to Abuse: Domestic Violence Panel Discussion*, University of Idaho College of Law Women's Law Caucus (Moscow, Idaho 11/04/14)
  - Panel Member, *Barzan* (the movie), University of Idaho College of Law Diversity and Human Rights Committee (Moscow, Idaho 03/27/14)
  - Panel Member, *Socioeconomic Class in America*, University of Idaho College of Law Women's Law Caucus (Moscow, Idaho 09/10/13)
  - Panel Member, *Law School Q&A*, Idaho State Bar Diversity Section Love the Law Program (Moscow, Idaho 03/21/13)
  - Panel Moderator, *Professionalism Abroad: How the American Bar Association Rule of Law Initiative (ABA ROLI) Helps Combat Gender-Based Violence in the Democratic Republic of Congo*, University of Idaho College of Law (Moscow, Idaho 03/19/12)
  - Introduction, *Your Legal Education: Development of the (Small) Business Lawyer in the 21st Century*, University of Idaho College of Law (Moscow and Boise, Idaho 02/27/12)

SANDERS000205

**MEDIA**

- ***Agriculture Privacy Legislation***
  - *U of I Professor's opinion on Idaho's Ag Gag law ruling*, KLEW News 3 (08/05/15)
  - *Law prof says 'ag-gag' decision hard to overturn*, CAPITAL PRESS (08/07/15)
  - *Why Idaho May Have Trouble Defending Its 'Ag-Gag' Law*, Boise State Public Radio (06/23/14)
- ***Criminal Law and Procedure***
  - *Idaho AG Lawrence Wasden Backs Nevada in Death Penalty Case*, Boise State Public Radio (08/09/18)
  - *Idaho public defenders get just 4 hours a case*, AP NEWS (02/14/18)
  - *The Value of Confrontation as a Felony Sentencing Right*, EXCITED UTTERANCE: THE EVIDENCE AND PROOF PODCAST (02/13/17)
  - *This judge told a 19-year-old rapist that his probation would include no sex outside of marriage*, WASHINGTON POST (02/06/17)
  - *Former inmate says new King County youth jail is a mistake*, THE SEATTLE GLOBALIST (03/23/15)
- ***Executive Power***
  - *Viewpoint: Executive Orders and Presidential Powers*, KTVB News 7 (02/05/17)
  - *What are executive orders?*, KTVB News 7 (01/27/17)
  - *Gov. Butch Otter points to legal concern about HJR 5 on November ballot*, ASSOCIATED PRESS (10/30/16)
  - *Lawsuit filed against the Boise School District*, KIVI News 9 (09/03/15)
  - *Was Otter's veto a veto or not? Is 'instant racing' repealed or legal*, IDAHO STATESMAN (04/08/15)
  - *Constitutional questions swirl around Otter*, POST REGISTER (04/07/15)
- ***Faith Healing***
  - *In Idaho, medical-care exemptions for faith healing come under fire*, WASHINGTON POST (02/19/18)
  - *Idaho protects the rights of faith healers. Should it?*, HIGH COUNTRY NEWS (1/08/18)
  - *Lawmakers prepare to discuss faith healing in upcoming legislative session*, KIVI News 6 (11/17/17)
  - *Faith, the constitution, and dead children*, IDAHO REPORTS BLOG (03/17/17)
  - *Idaho's Religious Shield law and tragic child deaths*, THE READER (11/17/16)
  - *Prayer instead of medical care in Idaho*, KTVB News 7 (02/18/16)
  - *Idaho's faith-healing debate pits child welfare against parental rights*, AL JAZEERA AMERICA (02/22/15)
  - *Special Report: Faith healing in Idaho*, KIVI News 9 (02/11/15)

SANDERS000206

**MEDIA (CONT.)**

- ***Freedom of Speech***
  - *Protest and Patriotism Panel at Idaho Black History Museum Talks Kaepernick, NFL, Community Action*, BOISE WEEKLY (10/12/17)
  - *Legacy of Hate: Idaho law Professor Contemplates Future of the First Amendment*, Boise State Public Radio (10/05/17)
  - *Viral video of nurse arrest highlights patient privacy laws*, KTVB 7 (09/05/17)
  - *Police confront 'First Amendment auditors,'* Post Register (08/03/17)
  - *Why cameras in Idaho courtrooms are often shut out without explanation*, KREM 2, (05/31/17)
  - *Statehouse Bill Would Unshackle Idaho Movie Theaters' Liquor Licenses from R-Rated Films*, BOISE WEEKLY (02/27/16)
  - *Censorship and Sensibility – Idaho must answer for its speech-chilling statute*, BOISE WEEKLY (01/27/16)
  - *Meridian Movie Theater Suing Idaho Police to Keep Liquor License*, Boise State Public Radio (01/22/16)
  - *Deeds: Idaho theater lawsuit should spank stupid alcohol law*, IDAHO STATESMAN (01/22/16)
  - *Wilderness: Land of no photos?*, LEWISTON MORNING TRIBUNE (09/25/14)
  - *Citizens United vs. Fed. Election Commission ruling gives private corporations opportunity to fund negative ads*, KLEW News 3 (02/05/14)
- ***Immigration***
  - *Idaho fighting President Obama's immigration plan*, KTVB News 7 (04/18/16)
  - *Analyzing U.S. Supreme Court oral argument on President Obama's immigration plan*, KNIN News 9 (04/18/16)
  - *Analyzing Idaho's decision to sue the feds over immigration*, KIVI News 9 (12/30/14)
  - *Idaho law professor talks about President's immigration orders*, KIVI News 9 (11/20/14)

SANDERS000207

**MEDIA (CONT.)**

- ***Marriage Equality in Idaho***
  - PODCAST: *Same Sex Marriage Ruling and States' Rights*, Idaho Public Radio (06/26/15)
  - Analysis: *Supreme Court Decision on Same Sex Marriage*, Idaho Public Radio (06/26/15)
  - *How The Same-Sex Marriage Ruling 'Changes Nothing' For Idaho*, Boise State Public Radio (06/26/15)
  - *Idaho Legal Scholar: SCOTUS Same-Sex Ruling 'Earns Its Place in History Books'*, BOISE WEEKLY (06/26/15)
  - Guest Opinion, *Ball is in justices' court on gay marriage*, IDAHO STATESMAN (05/07/15)
  - *What the Supreme Court's Gay Marriage Case Means For Idaho*, Boise State Public Radio (04/28/15)
  - *Idaho native watches gay marriage case from front lines*, KBOI News 2 (04/28/15)
  - *U of I Law professor breaks down Supreme Court hearing on same-sex marriage*, KIVI News 9 (04/28/15)
  - *Heartbreaking news for group of Latah County newlyweds*, MOSCOW-PULLMAN DAILY NEWS (02/13/15)
  - *Idaho chapel not performing same-sex weddings*, KTVB News 7 (10/21/14)
  - *Every Last Effort: Is Butch Otter finally done defending Idaho's marriage ban*, THE PACIFIC NORTHWEST INLANDER (10/15/14)
  - *Same-sex marriage: What's next?*, KIVI News 9 (10/15/14)
  - *What's next for same-sex marriage in Idaho*, KIVI News 9 (10/10/14)
  - *Gay marriage ruling blocked*, ASSOCIATED PRESS (10/09/14)
  - *Not a question of 'if,' but 'when,'* MOSCOW-PULLMAN DAILY NEWS (10/09/14)
  - *Twin Falls gay couple gets license before stay*, ASSOCIATED PRESS (10/08/14)
  - *Clarifying Wednesday's gay marriage developments*, KIVI News 9 (10/08/14)
  - *Supreme Court halts same-sex marriage in Idaho*, KTVB News 7 (10/08/14)
  - *U.S. Supreme Court Effectively Makes Gay Marriage Legal In 30 States, Not Idaho*, Boise State Public Radio (10/06/14)
  - *The Supreme Court Didn't Take On Same-Sex Marriage. What Does That Mean For Idaho?*, Northwest Public Radio (10/06/14)
  - *UI panel discusses same-sex marriage*, COEUR D'ALENE PRESS (09/18/14)
  - Guest Opinion, *Idaho's 'crystal ball' hazy in case against gay marriage*, IDAHO STATESMAN (09/17/14)
  - *Federal Appeals Court Hears Idaho's Same-Sex Marriage Case Monday*, Boise State Public Radio (09/06/14)
  - *Idaho's First Same Sex Marriages Set For Friday, Courts Could Issue A Stay*, Northwest Public Radio (05/15/14)
  - *Idaho's Gay Marriage Lawsuit Could Make History*, Boise State Public Radio (05/05/14)
  - *National Group Fighting Idaho's Gay Marriage Ban Is High Influence, Low Profile*, Boise State Public Radio (05/02/14)

**MEDIA (CONT.)**

- ***Miscellaneous***
  - *'Loser pays' rule in Idaho court system could make justice available only to those with deep pockets*, THE SPOKESMAN REVIEW (12/18/16)
  - *Voter Fraud, Clinton Related Emails*, KTVB (11/2/16)
  - *Lawsuit filed against the Boise School District*, KIVI News 9 (09/03/15)
- ***Race and Gender***
  - *Idaho Agency Denies Sex Discrimination Lawsuit Allegations*, ASSOCIATED PRESS (11/14/17)
  - *Idaho's hate crime laws, born of the Aryan nations, play different role today*, IDAHO STATESMAN (02/11/17)
  - *Women shut out of Idaho judge selection*, THE SPOKESMAN REVIEW (04/28/15)
  - *Negotiated at The Hague, a Child Support Treaty Falters in Boise*, NEW YORK TIMES (04/21/15)
  - *UREC encourages women to work out*, DAILY EVERGREEN (02/06/15)
  - BARZAN (the movie), Last Quest & The Seattle Globalist (2013)
  - *70th anniversary of internment camps,* MOSCOW-PULLMAN DAILY NEWS (02/20/12)
  - *Producing Leaders in the Legal Academy,* LOYOLA LAWYER (Fall 2012)
- ***Second Amendment***
  - *Debate over gun control reignites*, KTVB (10/03/17)
  - *University Former NRE President, University of Idaho Professor Spar on Second Amendment at Concordia*, BOISE WEEKLY (01/28/16)
  - *Guns and the Constitution*, BOISE WEEKLY (01/27/16)

| | |
|---|---|
| **From:** | Adams, Mark (marka@uidaho.edu) |
| **Sent:** | Wednesday, July 23, 2014 11:25 AM |
| **To:** | Sanders, Shaakirrah (srsanders@uidaho.edu) |
| **Subject:** | RE: Teaching package adjustments |

You can call me at 219-241-1247.

Thanks,
Mark

Mark L. Adams
Dean
College of Law
University of Idaho
875 Perimeter Drive MS 2321
Moscow, ID 83844-2321
Phone: 208-885-2255
Fax: 208-885-5709

---

**From:** Sanders, Shaakirrah (srsanders@uidaho.edu)
**Sent:** Wednesday, July 23, 2014 8:55 AM
**To:** Adams, Mark (marka@uidaho.edu)
**Subject:** Re: Teaching package adjustments

Sounds like a plan. When are you available to chat?

Shaakirrah R. Sanders

On Jul 23, 2014, at 11:50 AM, "Adams, Mark (marka@uidaho.edu)" <marka@uidaho.edu> wrote:

> Hi Shaakirrah,
>
> In preparation for a number of transfer students from Concordia who will need to take Con Law I in the coming academic year due to Concordia's curriculum, I am writing to request that you agree to an adjustment in your teaching package. Specifically, you would teach Con Law I in the spring semester and drop Adv. Crim Pro. Your fall package would remain the same (1st Amend & Crim Pro) and spring semester would be Con Law I and Con Law II. This will be a one-time change to meet the needs of these transfer students. Please contact me soon so that we can finalize the arrangements and schedule.
>
> Thanks,
> Mark
>
> Mark L. Adams
> Dean
> College of Law
> University of Idaho
> 875 Perimeter Drive MS 2321
> Moscow, ID 83844-2321
> Phone: 208-885-2255

CONFIDENTIAL INFORMATION                    1.33302

Fax: 208-885-5709

CONFIDENTIAL INFORMATION                    1.33303

RE: THIRD YEAR REVIEW ENDORSEMENT FOR PROFESSOR SHAAKIRRAH SANDERS

Provost Aiken:

Transmitted herewith is Associate Professor Shaakirrah Sanders's Third Year Review package.  As required by the College of Law By-law Article IV, B, Professor Sanders's Third Year Review was conducted during the previous academic year by Professors Mark Anderson, John "Jack" Sanders, and Associate Professor Wendy Couture.  The Committee reviewed Professor Sanders's Curriculum Vitae, teaching evaluations, scholarship, outreach, service, and observed Professor Sanders in class.  All of this was done in an effort to, as required by the College By-laws, assess Professor Sanders's progress towards tenure and promotion.

To qualify for tenure a faculty member must demonstrate excellence in teaching which is "characterized by a number of factors including, but not limited to, effective dissemination of knowledge in the classroom and/or clinical setting, the development of innovative course materials, the design and incorporation of effective teaching strategies, and effective advising and mentoring of students outside the classroom."  In the area of scholarship a faculty member must demonstrate excellence in scholarship by demonstrated command of an area of inquiry, by creativity, and by quality which meets the expectation for legal education professionals." And lastly, in the area of service a faculty member must have a record of meritorious service.

Professor Sanders's Third Year Review committee found that Professor Sanders demonstrated the requisite progress towards excellence in teaching, scholarship, and has a meritorious record of service. The committee has made some recommendations where Professor Sanders can refine her teaching to further enhance her classroom performance.  I do, however, disagree with the committee's recommendation that Professor Sanders publish one more article for tenure.  Professor Sanders has already met the publication standard as stated in the College By-laws by publishing two articles, which is the requirement for tenure at the College of Law.  As there is no official guidance other than the committee's opinion, this additional recommendation is without support and should not be used as a basis for denying Professor Sanders tenure at the College of Law as it is not a faculty approved standard. Other than this additional requirement, the committee found that Professor Sanders is on track to receive tenure in his fifth year of service at the University and promotion in his seventh to tenth years of

service at the University.  After reviewing the committee's report and Professor Sanders's third year review portfolio I fully endorse the committee's findings (with the stated disagreement, above) and, likewise, believe the Professor Sanders is on track for both tenure and promotion.

Sincerely,

Michael A. Satz
Interim Dean

1.40952

**Sanders, Shaakirrah (srsanders@uidaho.edu)**

| | |
|---|---|
| **From:** | Sanders, Shaakirrah (srsanders@uidaho.edu) |
| **Sent:** | Thursday, December 17, 2020 4:42 PM |
| **To:** | Stout, Mary (stoutm@uidaho.edu) |
| **Subject:** | RE: College of Law Dean Candidates - Feedback due by 12 pm PT December 17th |

Thanks! I hope in the future the diversity statements will be made available to the public or to those in the department. I think most candidates would agree to do so.

SRS

**From:** Stout, Mary (stoutm@uidaho.edu) <stoutm@uidaho.edu>
**Sent:** Thursday, December 17, 2020 1:22 PM
**To:** Sanders, Shaakirrah (srsanders@uidaho.edu) <srsanders@uidaho.edu>
**Subject:** FW: College of Law Dean Candidates - Feedback due by 12 pm PT December 17th

Hello,

Thank you for your inquiry about aspects of the application materials for the dean position in the College of Law.  Cover letters, statements of qualification, references, and additional requested items--such as the diversity statement--are all considered components of the application materials and are not viewed outside of the search committee.  The committee uses this information in their review process to determine minimally qualified applicants, and most qualified candidates to move forward in the search hiring process.  The candidates CV/resume can be shared without violating Idaho's public records act because the candidates provided consent to do so.  The University does not have the required consent from the candidates to share the remainder of their application material.


**MARY STOUT**
Senior Executive Assistant

Office of the Provost and Executive Vice President
Office: Administration Bldg, Room 107
stoutm@uidaho.edu
208-885-6444
875 Perimeter Drive  |  Moscow ID 83844-3152

 University *of* Idaho


**From:** Simmons, Noelle (noellesimmons@uidaho.edu) <noellesimmons@uidaho.edu>
**Sent:** Monday, December 14, 2020 2:11 PM
**To:** Stout, Mary (stoutm@uidaho.edu) <stoutm@uidaho.edu>
**Subject:** FW: College of Law Dean Candidates - Feedback due by 12 pm PT December 17th

**From:** Sanders, Shaakirrah (srsanders@uidaho.edu) <srsanders@uidaho.edu>
**Sent:** Monday, December 14, 2020 2:06 PM
**To:** Provost, Office (provost@uidaho.edu) <provost@uidaho.edu>; U of I, President (president@uidaho.edu) <president@uidaho.edu>
**Cc:** Mailman - law-faculty@lists.uidaho.edu <law-faculty@lists.uidaho.edu>; law-faculty <law-faculty@uidaho.edu>; Mailman - law-staff@lists.uidaho.edu <law-staff@lists.uidaho.edu>; law-staff <law-staff@uidaho.edu>; law-students <law-students@uidaho.edu>; Mailman - law-students@lists.uidaho.edu <law-students@lists.uidaho.edu>
**Subject:** RE: College of Law Dean Candidates - Feedback due by 12 pm PT December 17th

Dear President Green and Provost Lawrence.,

I noted the webpage only grants access to CVs, but candidates also submitted letters of contribution and a statement detailing contributions to diversity and Inclusion. The website does not grant access to these documents, which could be helpful to those who wish to submit the feedback form.

Thanks you in advance for your attention and consideration.

SRS

Shaakirrah R. Sanders
Professor of Law
University of Idaho College of Law
Idaho Law and Justice Learning Center
514 West Jefferson Street
Boise, Idaho 83702
208-364-4070
srsanders@uidaho.edu
Faculty Webpage

**From:** Law-faculty <law-faculty-bounces@uidaho.edu> **On Behalf Of** Schlueter, Sande (sandes@uidaho.edu)
**Sent:** Monday, December 14, 2020 11:41 AM
**Subject:** [Law-faculty] College of Law Dean Candidates - Feedback due by 12 pm PT December 17th
**Importance:** High

Hello! Just a reminder of Thursday's due date for feedback on the College of Law Dean finalists.

The link below will also take you to the web page to watch any of the recorded open sessions you may have missed *and* the feedback form.

Thank you!

*Sande*

*Please note: students should use their @vandals.uidaho.edu email address for all official college or university correspondence.*

**From:** Law-staff <law-staff-bounces@uidaho.edu> **On Behalf Of** Schlueter, Sande (sandes@uidaho.edu)
**Sent:** Thursday, December 10, 2020 11:35 AM
**Subject:** [Law-staff] College of Law Dean Candidates - Feedback due by 12 pm PT December 17th
**Importance:** High

The website for the Dean, College of Law search has been updated with the recorded open sessions.  The feedback form for each finalist is also available to submit comments confidentially and directly to the Provost and Executive Vice President.  Click on each finalists' name to access the recording and feedback form.  <mark>Both items will be available until noon December 17.</mark>

**MARY STOUT**
Senior Executive Assistant

Office of the Provost and Executive Vice President
Office: Administration Bldg, Room 107
stoutm@uidaho.edu
208-885-6444
875 Perimeter Drive  |  Moscow ID 83844-3152

 University of Idaho