Bentley G. Stromberg ISB No. 3737
Sonyalee R. Nutsch ISB No. 6189
CLEMENTS, BROWN & McNICHOLS, P.A.
Attorneys at Law
bstromberg@clbrmc.com
snutsch@clbrmc.com
321 13th Street
Post Office Box 1510
Lewiston, Idaho 83501
(208) 743-6538
(208) 746-0753 (Facsimile)

      Attorneys for Defendants University
      of Idaho, Mark Adams and Jerrold Long

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| SHAAKIRRAH R. SANDERS, | ) | |
| | ) | Case No: 3:19-CV-00225-BLW |
| Plaintiff, | ) | |
| | ) | DECLARATION OF COUNSEL |
| vs. | ) | |
| | ) | |
| THE UNIVERSITY OF IDAHO, a | ) | |
| public university governed by the | ) | |
| BOARD OF REGENTS OF THE | ) | |
| UNIVERSITY OF IDAHO aka the | ) | |
| STATE BOARD OF EDUCATION, | ) | |
| an executive department of the STATE | ) | |
| OF IDAHO, and MARK ADAMS, | ) | |
| former Dean of the College of Law, in | ) | |
| his official and individual capacity, | ) | |
| and JERROLD LONG, interim Dean, | ) | |
| in his official capacity | ) | |
| | ) | |
| Defendants. | ) | |

Bentley G. Stromberg hereby makes the following declaration:

1.     I am an adult citizen of the United States, competent to testify as a witness and

make this Declaration on personal knowledge.

2.     I am counsel for the Defendants in this matter.

DECLARATION OF COUNSEL       -1-

3.     Attached hereto as Exhibit A are true and correct copies of the March 16, 2021,

emails sent to myself and opposing counsel from Sheryl Musgrove.

DATED this 26th day of March 2021.

CLEMENTS, BROWN & McNICHOLS, P.A.

By:   /s/

BENTLEY G. STROMBERG
Attorneys for Defendants University
of Idaho, Mark Adams and Jerrold Long

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of March 2021, I electronically
filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused
the following counsel to be served by electronic means, as more fully reflected on the
Notice of Electronic Filing:

Erika Birch
T. Guy Hallam, Jr.
Strinberg & Scholnick, LLC
1516 W. Hays Street
Boise, Idaho 83702
erika@idahojobjustice.com
guy@idahojobjustice.com

By:   /s/

BENTLEY G. STROMBERG

DECLARATION OF COUNSEL                    -2-



**From:** Sheryl Musgrove [mailto:Sheryl_Musgrove@id.uscourts.gov]
**Sent:** Tuesday, March 16, 2021 3:31 PM
**To:** Erika Birch; Guy Hallam; bstromberg@clbrmc.com; Sonyalee Nutsch
**Subject:** Sanders v. U of I, 19-cv-225
**Importance:** High

Counsel:

Please see Judge Winmill's email, pasted below. I am still working out the process that you will need to use to let the court know whether you consent to having Judge Winmill remain the presiding judge or, instead, request that he recuse himself. I will send a follow up email, and enter a docket entry, with additional instructions in the next hour or so.

Please feel free to reach out to me with any questions.

Sheryl L. Musgrove
Law Clerk to Judge B. Lynn Winmill
U.S. Courts, District of Idaho
208.334.9088



Counsel,

I have asked Sheryl Musgrove, the staff attorney working on this case with me, to contact you about a concern I have with my continued involvement with this case.

I was vaguely aware of this case shortly after it was filed, but I have not had the occasion to review the claims in detail until I began preparing for tomorrow's summary judgment hearing.  My understanding, prior to my review of the briefing for tomorrow's hearing, was that the claims were against the Law School and Dean Adams.   Although I have had some connection with the law school in past years, I did not feel that any of them required my recusal.   However, now I understand that Acting Dean Long is a defendant and is the focus of at least the IPPEA claims.  That raises another issue which I feel obligated to bring to your attention.

First, let me detail my connections to the law school.   They are three-fold:  (1) I have been a close friend of former Dean Burnett for many, many years and practiced law with him in Pocatello for

approximately 3 years; (2) at Dean Burnett's request, I taught a Complex Civil Litigation class at the law school as adjunct faculty for 7 or 8 years, but have not done so for the last 3 years; and (3) I have routinely hired law clerks and staff attorneys who are U of I grads.   If Dean Burnett was a named defendant, I would have immediately recused myself, but I felt that my connection with Dean Adams was quite minimal and would not have justified recusal.   Likewise, I am no longer teaching as adjunct faculty and I have had very little interaction with Professor Sanders and had heard nothing of the facts of this case until I started reading the briefs.

Frankly, my connection with Acting Dean Long is not significantly greater than my connection with Dean Adams.  We have met on 3 or 4 occasions in public gatherings,  we have never socialized together, and I have had no discussions with him about this case or really anything else to do with the Law School.   However, a number of years ago Acting Dean Long and I became "friends" on Facebook.  I don't recall who initiated the contact, but it does not matter.  Although to my knowledge Acting Dean Long has never posted anything on Facebook that related directly to the law school and restricted his comments to activities involving his family, I am afraid that although there is no real conflict, the mere fact of being "friends" on Facebook raises the appearance of possible bias that requires that I consider recusing myself from the case.   On the other hand, you may feel completely comfortable with my continuing to handle this case.

I would ask you to confer with your clients tonight or tomorrow morning to determine whether they would prefer that I recuse myself from the case.  I only request this hurried response to avoid having to vacate tomorrow's hearing.  On the other hand, if you feel you need more time to discuss this with your clients, please notify Ms. Musgrove and she will arrange to vacate the hearing.

In responding to this request – whether it is done tomorrow morning or later – I would ask you to follow Ms. Musgrove's directions.  I do not want any party or attorney to feel that they are being put on the spot, so I have asked her to devise a process in which you can respond anonymously and without my knowledge of how you responded.  I am suggesting that we follow the same process we use in consenting to a Magistrate Judge presiding over your case, so that you will respond to the Clerk's office and if either party has requested recusal, they will have the case reassigned to Chief Judge Nye or a visiting judge without my further involvement or knowledge.

I apologize for this late notification, but I feel that maintaining confidence in our judicial system requires that all parties be completely comfortable with the impartiality of the judge presiding over their case.



**Lynn Winmill**

**District Judge**
**U.S. Courts, District of Idaho**
lynn_winmill@id.uscourts.gov
**(208) 334-9145**

---

This email has been checked for viruses by AVG antivirus software.

 [www.avg.com](http://www.avg.com)