ERIKA BIRCH (Bar No.7831)
T. GUY HALLAM, JR. (Bar No. 6101)
**STRINDBERG & SCHOLNICK, LLC**
1516 W. HAYS STREET
BOISE, ID 83702
(t) 208.336.1788
(f) 208.344.7980
erika@idahojobjustice.com
guy@idahojobjustice.com

Attorneys for Plaintiff

---

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

---

| | |
|---|---|
| **SHAAKIRRAH R. SANDERS,**<br><br>　　　Plaintiff,<br><br>vs.<br><br>**THE UNIVERSITY OF IDAHO, COLLEGE OF LAW, a public university governed by the STATE BOARD OF EDUCATION, et al.**<br><br>　　　Defendants. | **PLAINTIFF'S REPLY RE: OBJECTION TO REQUEST FOR RECUSAL**<br><br>Civil No. 3:19-CV-00225-BLW<br>Judge Winmill |

　　　Plaintiff, by and through her counsel, and pursuant to Docket No. 67, files this *Reply Re: Objection to the Request for Recusal*.

　　　On March 26, 2021, Defendants filed their *Response to Plaintiff's Objection to Request for Recusal* (Dkt. # 69). Defendants' response merely reiterates the position taken in their original *Motion to Strike* (Dkt. # 66). Plaintiff has responded to that Motion, *see* Dkt. # 68, and hereby incorporates that response herein. The only additional point worth making is that Defendants still have not put forth any evidence disputing that their recusal of the Court was merely a strategic one

**1 | REPLY RE: OBJECTION TO REQUEST FOR RECUSAL**

(*i.e.*, forum shopping and/or a delay tactic), antithetical to the administration of justice, and inappropriate under the recusal statute. *See* F.R.C.P. 1; 28 U.S.C. §455. Thus, under the circumstances Plaintiff stands by her prior submissions supporting her right, if not duty, to object to Defendants' forced and unsupported recusal attempt.  Plaintiff hereby requests the Court consider the substance of her Objection, decline recusal as unnecessary, and reschedule the summary judgment hearing at its earliest convenience.

DATED this 2nd day of April, 2021.

**STRINDBERG & SCHOLNICK, LLC**

/s/ Erika Birch
Erika Birch
Guy Hallam
Attorneys for Plaintiff

.

**2 | REPLY RE: OBJECTION TO REQUEST FOR RECUSAL**

## CERTIFICATE OF SERVICE

      I hereby certify that on the above referenced date a true and correct copy of the foregoing pleading was served on the following via the CM/ECF system:

Bentley G. Stromberg
Tully Fitzmaurice
Sonyalee R. Nutsch
CLEMENTS, BROWN & McNICHOLS, P.A.
Attorneys at Law
321 13th Street
Post Office Box 1510
Lewiston, Idaho 83501
bstromberg@clbrmc.com
snutsch@clbrmc.com
tfitzmaurice@clbrmc.com

                                                    /s/ Dunja Subasic
                                                   Dunja Subasic, of the firm