Bentley G. Stromberg ISB No. 3737
bstromberg@clbrmc.com
Sonyalee R. Nutsch ISB No. 6189
snutsch@clbrmc.com
Tully FitzMaurice ISB No. 10649
tfitzmaurice@clbrmc.com
CLEMENTS, BROWN & McNICHOLS, P.A.
Attorneys at Law
321 13th Street
Post Office Box 1510
Lewiston, Idaho 83501
(208) 743-6538
(208) 746-0753 (Facsimile)

    Attorneys for Defendants University
    of Idaho, Mark Adams and Jerrold Long

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHAAKIRRAH R. SANDERS, ) | |
| ) | Case No: 3:19-CV-00225-BLW |
| Plaintiff, ) | |
| ) | DEFENDANTS' MOTION TO PRESENT |
| vs. ) | TESTIMONY OF AN UNAVAILABLE |
| ) | WITNESS VIA VIDEO CONFERENCE |
| THE UNIVERSITY OF IDAHO, a ) | |
| public university governed by the ) | |
| BOARD OF REGENTS OF THE ) | |
| UNIVERSITY OF IDAHO aka the ) | |
| STATE BOARD OF EDUCATION, ) | |
| an executive department of the STATE ) | |
| OF IDAHO, and MARK ADAMS, ) | |
| former Dean of the College of Law, in ) | |
| his official and individual capacity, ) | |
| and JERROLD LONG, interim Dean, ) | |
| in his official capacity and individual ) | |
| capacity ) | |
| ) | |
| Defendants. ) | |

    Defendants, pursuant to Federal Rule of Civil Procedure 43(a), hereby move the Court to allow them to present the live testimony of an unavailable witness via video conference at the

trial set to begin in this matter on October 11, 2022. This Motion is supported by the Memorandum in Support of Defendants' Motion to Present Live Testimony of an Unavailable Witness via Video Conference, and the Declaration of David Pimentel, submitted herewith.

Oral argument is requested if this Motion is opposed.

Dated this 9th of August 2022.

                                        CLEMENTS, BROWN & McNICHOLS, P.A.

By:   /s/
       BENTLEY G. STROMBERG
       Attorneys for Defendants University of
        Idaho, Mark Adams and Jerrold Long

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of August 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Erika Birch
    T. Guy Hallam, Jr.
    Strinberg & Scholnick, LLC
    1516 W. Hays Street
    Boise, Idaho 83702
    erika@idahojobjustice.com
    guy@idahojobjustice.com

                              /s/
                              Bentley G. Stromberg