Bentley G. Stromberg ISB No. 3737
bstromberg@clbrmc.com
Sonyalee R. Nutsch ISB No. 6189
snutsch@clbrmc.com
Tully FitzMaurice ISB No. 10649
tfitzmaurice@clbrmc.com
CLEMENTS, BROWN & McNICHOLS, P.A.
Attorneys at Law
321 13th Street
Post Office Box 1510
Lewiston, Idaho 83501
(208) 743-6538
(208) 746-0753 (Facsimile)

    Attorneys for Defendants University
    of Idaho, Mark Adams and Jerrold Long

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHAAKIRRAH R. SANDERS, | ) |
|     Plaintiff, | ) Case No: 3:19-CV-00225-BLW ) ) DECLARATION OF |
| vs. | ) DAVID PIMENTEL ) |
| THE UNIVERSITY OF IDAHO, a public university governed by the BOARD OF REGENTS OF THE UNIVERSITY OF IDAHO aka the STATE BOARD OF EDUCATION, an executive department of the STATE OF IDAHO, and MARK ADAMS, former Dean of the College of Law, in his official and individual capacity, and JERROLD LONG, interim Dean, in his official capacity and individual capacity | ) ) ) ) ) ) ) ) ) ) ) ) ) |
|     Defendants. | ) |

DECLARATION OF
DAVID PIMENTEL     - 1 -

Pursuant to Idaho Code § 9-1406, I, David Pimentel hereby make the following declaration:

1. I am an adult citizen of the United States, competent to testify as a witness and make this Declaration on personal knowledge.

2. I am currently employed as a professor for the University of Idaho College of Law.

3. From October 2018 to May of 2021, I served as an Associate Dean for Faculty Development at the University of Idaho College of Law.

4. I have direct and personal knowledge of the circumstances related to one of the investigations Plaintiff complains of in her Fourth Amended Complaint.

5. I will be unavailable to testify in person in Coeur d'Alene, Idaho, during the trial in this matter because I will be on an approved sabbatical, residing, studying, and working in Europe for the 2022-2023 academic year.

6. My approved sabbatical plans involve research and legal work in Western Europe, principally in Austria. I expect to be at the University of Graz, participating in their Law and Politics program which is connected to the Centre for Southeast European Studies.

7. My wife will also be accompanying me to Europe to conduct research for her work as an author.

8. My sabbatical was approved by the University of Idaho College of Law on March 24, 2021.

9. During my sabbatical, I do not plan on returning to the United States. This is in part due to the expense of the travel and in part due to travel concerns related to the current pandemic.

10. I fear that travel outside of Europe could result in my inability to return back to Europe. Given this concern, during my sabbatical, my wife and I will be foregoing any travel back to the United Sates, even to see our grandchildren.

11. On the date and time that I am permitted to testify, I am confident that I will have access to and the ability to use a quality internet connection to video conference the Court with whatever video conferencing system the Court chooses to use.

I certify and declare under penalty of perjury that the foregoing is true and correct.

DATED this __8th__ day of August ~~2021~~ 2022.

By: _____
DAVID PIMENTEL

DAVID PIMENTEL               - 3 -

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the 9th day of August 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

  Erika Birch
  T. Guy Hallam, Jr.
  Strinberg & Scholnick, LLC
  1516 W. Hays Street
  Boise, Idaho 83702
  erika@idahojobjustice.com
  guy@idahojobjustice.com

        /s/
        _____
        Bentley G. Stromberg

DECLARATION OF
DAVID PIMENTEL    - 4 -