Erika Birch (ID Bar No. 7831)
T. Guy Hallam (ID Bar No. 6101)
**STRINDBERG SCHOLNICK BIRCH**
**HALLAM HARSTAD THORNE**
1516 West Hays Street
Boise, ID 83702
Telephone: (208) 336-1788
Facsimile: (208) 287-3708
Erika@idahojobjustice.com
Guy@idahojobjustice.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **SHAAKIRRAH R. SANDERS,**<br><br>      Plaintiff,<br><br>vs.<br><br>**THE UNIVERSITY OF IDAHO, a public university governed by the BOARD OF REGENTS OF THE UNIVERSITY OF IDAHO aka the STATE BOARD OF EDUCATION, an executive department of the STATE OF IDAHO, et al.,**<br><br>      Defendants. | **PLAINTIFF'S MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE**<br><br>Case No.: 3:19-cv-00225-BLW<br><br>Judge Winmill |

Plaintiff Shaakirrah R. Sanders ("Professor Sanders"), by and through her undersigned attorneys, hereby submits this *Motion for Sanctions for Spoliation of Evidence,* requesting that the Court issue an instruction at trial against Defendant the University of Idaho because of Defendant's destruction of evidence.

In support of this motion, Professor Sanders relies upon her *Memorandum in Support of Plaintiff's Motion For Sanctions for Spoliation of Evidence*, submitted herewith.

**1 | PLAINTIFF'S MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE**

DATED this 13th day of September, 2022.

        Respectfully submitted,

        **STRINDBERG SCHOLNICK BIRCH**
        **HALLAM HARSTAD THORNE**

        /s/ Erika Birch
        Erika Birch
        T. Guy Hallam, Jr.

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 13, 2022 a true and correct copy of the foregoing pleading was served on the following via the Court's CM/ECF system:

Bentley G. Stromberg
Tully Fitzmaurice
Sonyalee Nutsch
CLEMENTS, BROWN & McNICHOLS, P.A.
321 13th Street
Post Office Box 1510
Lewiston, Idaho 83501
*bstromberg@clbrmc.com*
*tfitzmaurice@clbrmc.com*
*snutsch@clbrmc.com*

                                                         /s/ Dunja Subasic
                                                         Dunja Subasic, of the firm