UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Shaakirrah R Sanders,<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF IDAHO, et al.,<br><br>Defendants. | Case No. 3:19-cv-00225-BLW<br><br>ORDER |

    Before the Court are Defendants' objections to Plaintiff's deposition designations, Plaintiff's objections regarding Defendants' cross-designations, and Defendants' objections regarding Plaintiff's cross-designations (Dkts. 172, 181, 182, 183, 187). The Court grants in part and denies in part the objections as set forth in the attached spreadsheet, which has previously been provided to the parties via email.

DATED: October 11, 2022

_____
B. Lynn Winmill
U.S. District Court Judge

**MEMORANDUM DECISION AND ORDER - 1**