IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHAAKIRRAH R. SANDERS,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNIVERSITY OF IDAHO, a public university governed by the BOARD OF REGENTS OF THE UNIVERSITY OF IDAHO aka the STATE BOARD OF EDUCATION, an executive department of the STATE OF IDAHO, and MARK ADAMS, former Dean of the College of Law, in his individual capacity only, JERROLD LONG, former term Dean of the College of Law, in his individual capacity only, and JOHANNA KALB, current Dean of the College of Law, in her official capacity only,[1]<br><br>Defendants. | Case No. 3:19-CV-00225-BLW<br><br>ORDER APPROVING STIPULATED SETTLEMENT AND REQUEST FOR ENTRY OF ORDER |

Based on the Parties' Stipulated Settlement and Request for Entry of Order, all the files and pleadings herein, and upon the broad Authority of this Court to render complete justice, the Court hereby ORDERS:

1. The Stipulated Settlement and Request for Entry, and all documents referenced therein, is approved in its entirety;

2. The parties shall proceed consistent with the terms of the Stipulated Settlement and Request for Entry of Order, and all documents referenced therein;

3. Judgement is hereby entered and this case is CLOSED.

---

[1] This Caption has been revised in accordance with the Court's Memorandum Decision and Order, Dkt. 133, p. 27.

DATED: September 13, 2023

_____
B. Lynn Winmill
United States District Judge

ORDER APPROVING
STIPULATED SETTLEMENT
AND REQUEST FOR ENTRY
OF ORDER                                         -2-